IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 16-cr-00058-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  BRIAN CEDRIC HARRIS,

      Defendant.
_____

## ORDER SETTING TRIAL DATES AND DEADLINES
_____

This matter has been scheduled for a five-day jury trial on the docket of Judge
Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th
Street, Denver, Colorado, to commence on **May 16, 2016 at 8:00 a.m.**  The Court
typically does not hold trial on Fridays.  It is

ORDERED that all pretrial motions shall be filed by **April 20, 2016** and
responses to these motions shall be filed by **April 27, 2016.**  It is further

ORDERED that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall
be made no later than seven days before the deadline for filing pretrial motions and any
challenges to such experts shall be made by the pretrial motion filing deadline.  It is
further

ORDERED that disclosures regarding rebuttal expert witnesses shall be made
one week after the deadline for filing pretrial motions and any challenges to such

experts shall be made no later than two weeks after the pretrial motions deadline.  It is further

ORDERED that a Trial Preparation Conference is set for **May 12, 2016 at 3:30 p.m.** in Courtroom A701.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1)      jury selection;

2)      sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.


DATED March 25, 2016.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge